NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-6002

STEVEN PATTERSON,

Petitioner,

v.

OFFICE OF COMPLIANCE,

Respondent.

On petition for review of a decision of the Board of Directors
of the Office of Compliance, case no. 07-AC-31.

ON MOTION

O R D E R

Upon consideration of the petitioner's consent motion for a thirty-day enlargement of time, until May 19, 2010, for submitting petitioner's reply brief out of time,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAY 0 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey H. Leib, Esq.
Peter A. Eveleth, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK